IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PERRY THOMAS, Individually and as the Surviving Spouse of JENNIFER PARTEE THOMAS, Deceased, and as Guardian and Next Friend of ANDREW PAYNE THOMAS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>YURIEN B. CHAVEZ, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 5:20-CV-16 (MTT) |

## ORDER

In their complaint, the Plaintiffs asked the Court to "enter a temporary restraining order and permanent injunction preventing Defendants from moving, selling, conveying, assigning, transporting, altering, or destroying the tractor, trailer, and wheels or tires identified above prior to Plaintiffs having a reasonable opportunity to inspect the same." Doc. 1.  By letter filed January 16, 2020, Plaintiffs asked the Court's "guidance" on their request.  Doc. 3.  The Court assumes Plaintiffs wish to move for a temporary restraining order.  Accordingly, the Court will convene a hearing on their motion at 2:00 pm on January 21, 2020.  The Plaintiffs shall provide appropriate notice to the Defendants.  In advance of the hearing, the Plaintiffs shall file a brief in support of their motion.

**SO ORDERED,** this 17th day of January, 2020.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT